956 So.2d 611 (2007)
Mark W. HANEY, Robert L. Haney, Jr., Ellis P. Carter, Mary Carter Stokes, Martin C. Carter, Jr., David A. Carter, Pamela Carter Cabiro, Marcelle Carter Leblanc and Ronald T. Carter
v.
Leonard A. DAVIS, Russ M. Herman, Delta Petroleum Company, Inc., Paul B. Maxwell, Jon Maxwell, Delta Rocky Mountain Petroleum, Inc. and Herman, Herman, Katz & Cotlar, L.L.P.
No. 2007-C-0565.
Supreme Court of Louisiana.
May 4, 2007.
In re Haney, Mark W. et al.; Haney, Robert L. Jr.; Carter, Ellis P.; Stokes, Mary Carter; Carter, Martin C. Jr.; Carter, David A.; Cabiro, Pamela Carter; Leblanc, Marcelle Carter; Carter, Ronald T.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. G, No. 2003-13820; *612 to the Court of Appeal, Fourth Circuit, No. 2006-CA-1058.
Denied.